DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MATTHEW ROBERTSON TERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-4042
_____

May 24, 2024

Appeal from the Circuit Court for Hillsborough County; Christopher C. Sabella, Judge.

Howard L. Dimmig, II, Public Defender, and Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.